E-filed 9/15/2016

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

KATHY ARNOLD,

        Plaintiff,

    v.

CITY OF SAN JOSE, et al.,

        Defendants.

Case No. 16-cv-02485-HRL

**ORDER TO SHOW CAUSE**

Plaintiff in the above-entitled matter having failed to file a Case Management Statement one week prior to the Case Management Conference scheduled for September 20, 2016, and having failed to file proof of service on any defendant within 90 days of the filing of the complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure,

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute.

The hearing on the order to show cause will be held September 20, 2016, at 1:30 PM, in Courtroom 2, Fifth Floor, 280 South 1st Street, San Jose, CA. If plaintiff fails to appear, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: 9/15/2016

_____

HOWARD R. LLOYD
United States Magistrate Judge