UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY ARNOLD,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY OF SAN JOSE, et al.,<br><br>        Defendants. | Case No.16-cv-02485-HRL<br><br>**ORDER SETTING HEARING ON DISCOVERY DISPUTE REPORT # 2**<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF'S ATTORNEY RE: DISCOVERY NON-COMPLIANCE**<br><br>Re: Dkt. No. 32 |

    The court sets a hearing on Discovery Dispute Report #2 for May 16, 2017, at 10:00 AM, in Courtroom 2, Fifth Floor of the United States District Court, 280 South First Street, San Jose, California.

    At that same time and place, Plaintiff's Counsel, James E. Dunn, shall appear in person and show cause why he should not be sanctioned for repeated non-compliance with his discovery obligations.

    **IT IS SO ORDERED.**

Dated: 5/8/2017

_____
HOWARD R. LLOYD
United States Magistrate Judge