United States District Court
Northern District of California

E-filed 5/16/2017

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| KATHY ARNOLD, | Case No.16-cv-02485-HRL |
|---|---|
| Plaintiff, | **ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR** |
| v. | |
| CITY OF SAN JOSE, et al., | **ORDER CONTINUING SHOW CAUSE HEARING RE: DISCOVERY NONCOMPLIANCE** |
| Defendants. | |

On May 8, 2017, the court issued an order to show cause to James Dunn, counsel for the plaintiff, instructing him to "*appear in person* and show cause why he should not be sanctioned for repeated non-compliance with discovery obligations." Dkt. No. 33 (emphasis added). Mr. Dunn failed to appear in person at the show cause hearing on May 16, informing the court by phone at the last minute that he had a conflict and would be sending a representative. The court therefore orders Mr. Dunn to appear in person and show cause why he should not be sanctioned for failure to follow a court order. The show cause hearing is set for May 23, 2016, at 10:00 AM, in Courtroom 2, Fifth Floor of the United States District Court, 280 South First Street, San Jose, California.

The court continues the show cause hearing re: discovery non-compliance to the same time and place.

**IT IS SO ORDERED.**

Dated: 5/16/2017

HOWARD R. LLOYD
United States Magistrate Judge